JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS MARROQUIN,** | Case No. LA CV 15-01599-VBF-PJW |
| **Plaintiff,** | |
| v. | **FINAL JUDGMENT** |
| COUNTY OF LOS ANGELES and USC HEALTHCARE NETWORK, | |
| Defendants. | |

Pursuant to the contemporaneously issued Order Adopting the Magistrate Judge's April 20, 2016 Report and Recommendation Without Objection, Granting the Defendants' Motion to Dismiss the Complaint for Lack of Subject-Matter Jurisdiction, Dismissing the Complaint With Prejudice, Directing the Entry of Separate Final Judgment, and Terminating the Case, **final judgment is hereby entered in favor of both defendants and against plaintiff Juan Carlos Marroquin.**

Dated: Thursday, June 2, 2016

*Valerie Baker Fairbank*

Valerie Baker Fairbank
Senior United States District Judge